DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIRK J. VANDER STERRE<br>Defendant(s). | Criminal No.  3:15-cr-00441-MAS<br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |

Please be advised that, on this date, defendant DIRK J. VANDER STERRE submitted sentencing materials to the Court in this case.

Date: September 21, 2021

By: _____
Frank Agostino, Esq.