UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

<u>**OFFICE:**</u>  TRENTON                                                                                                       <u>**DATE:**</u>  OCTOBER 1, 2021

<u>**JUDGE MICHAEL A. SHIPP**</u>

<u>**COURT REPORTER:**</u> CATHY FORD

<u>**TITLE OF CASE:**</u>                                                                                                    DOCKET # 3:15-CR-441-01 (MAS)
UNITED STATES OF AMERICA
              vs.
DIRK J. VANDER STERRE
              DEFENDANT PRESENT

<u>**APPEARANCES:**</u>
Shontae Denise Gray, AUSA for the Government
Frank Agostino, Esq. and Jeffrey Dirmann, Esq. for Defendant
Danielle Vargas, U.S. Probation

<u>**NATURE OF PROCEEDINGS:**</u>  SENTENCING on Counts 1-5 of the Information
Probation for a term of 3 years with special conditions.  This term consists of terms of 3 years on each of Counts One through Five, all such terms to run concurrently.
Fine: $20,000.00.
Special Assessment: $500.00, consisting of $100.00 on each of Counts One through Five.
Defendant advised of right to appeal.
Defendant released.

Time Commenced:     1:34 PM
Time Adjourned:       2:05 PM
Total Time:                 31 min

                                                                                                                                  s/ Gina Hernandez-Buckley
                                                                                                                                  **DEPUTY CLERK**